

# U.S. District Court

### Pennsylvania Middle - Scranton

Receipt Date: Nov 3, 2022 3:48PM

DJC INDUSTRIES LLC
286 UPPER POWDERLY ST
CARBONDALE, PA 18407

Rcpt. No: 333101765              Trans. Date: Nov 3, 2022 3:48PM              Cashier ID: #EP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DPAM322CV001757<br>DPAM322CV001757<br>**FBO**: DAVID J CATANZARO | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #583 | 11/3/2022 | | $402.00 |
| | | | | Total Due: | $402.00 |
| | | | | Total Tendered: | $402.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.