THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | Case No. 3:22-cv-1757 |
| Plaintiff, | |
| | JUDGE MALACHY E. MANNION |
| VS. | |
| WALMART STORES, INC., VTECH ELECTRONICS NORTH AMERICA, LLC; and DOES 1 THROUGH 50 | FILED SCRANTON APR 13 2023 PER_____ DEPUTY CLERK |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff David J. Catanzaro hereby dismisses its complaint with prejudice, pursuant to Rule 41(a) of the Federal rules of Civil Procedure, Defendants not having answered or otherwise appeared.

Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com